Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18−10036−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer M Gerow−Cordone
   923 Robin Road
   Hillsborough, NJ 08844

Social Security No.:
   xxx−xx−7904

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         3/7/18
Time:         10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 17, 2018
JAN: pbf

                      Jeanne Naughton
                      Clerk, U. S. Bankruptcy Court

```
                       United States Bankruptcy Court
                             District of New Jersey
In re:                                                           Case No. 18-10036-CMG
Jennifer M Gerow-Cordone                                         Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                 Page 1 of 1                  Date Rcvd: Jan 17, 2018
                              Form ID: 132                Total Noticed: 10
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db             +Jennifer M Gerow-Cordone,    923 Robin Road,    Hillsborough, NJ 08844-4444
517258361      +Buckley Madole, PC,    99 Wood Avenue, Suite 803,    Iselin, NJ 08830-2713
517258362      +Capital One,    Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,    PO Box 1269,
                 Mount Laurel, NJ 08054-7269
517258364      +PNC Bank,    PO Box 5343,    Cleveland, OH 44101-0343
517258363       PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
517280148       Robin Road Village Condo. Assoc.,    McGovern Legal Services, LLC,    PO Box 1111,
                 New Brunswick, NJ 08903-1111
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2018 22:59:27      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2018 22:59:23      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517258365       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2018 23:02:55
                 Portfolio Recovery Associates, LLC,    140 Corporate Boulevard,    Norfolk, VA 23502
517260157      +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2018 22:56:11      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              James V. Loewen    on behalf of Debtor Jennifer M Gerow-Cordone loewen@newjerseylawyer.org
              Rebecca Ann Solarz    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York,
               As Indenture Trustee For The Holders of GSC Capital Corp. Mortgage Trust 2006-1, Mortgage-Backed
               Notes, Series 2006-1 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```