UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
The Bank Of New York Mellon FKA The Bank Of New York, As Indenture Trustee For The Holders of GSC Capital Corp. Mortgage Trust 2006-1, Mortgage-Backed Notes, Series 2006

In Re:
    Jennifer M. Gerow-Cardone,

Debtor.



**Order Filed on August 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-10036 CMG

Chapter: 13

Judge: Christine M. Gravelle

# ORDER REINSTATING STAY AND CURING ARREARS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 8, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtors:   Jennifer M. Gerow-Cordone
Case No:  18-10036 CMG
Caption of Order:  ORDER REINSTATING STAY AND CURING ARREARS
_____

    This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, The Bank Of New York Mellon FKA The Bank Of New York, As Indenture Trustee For The Holders of GSC Capital Corp. Mortgage Trust 2006-1, Mortgage-Backed Notes, Series 2006-1, upon an order to reinstate the automatic stay property located at 923 Robin Road, Hillsborogh, NJ, 08844 and it appearing that notice of said order was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and James V. Loewen, Esquire, attorney for Debtor, and for good cause having been shown

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that as of July 26, 2018, Debtor is in arrears outside of the Chapter 13 plan to Secured Creditor for payments due February 2018 through July 2018 for a total post-petition default of $10,771.78 ( 6 @ $1,785.86 and $56.62 for foreclosure fees and costs; and

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that the total default of $10,771.78 is to be paid by August 15, 2018; and

    It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2018 directly to Secured Creditor, PNC Bank, N.A., ATTN: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

    It is further **ORDERED, ADJUDGED** and **DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

    It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

**(Page 3)**
Debtors:  Jennifer M. Gerow-Cordone
Case No:  18-10036 CMG
Caption of Order:  ORDER REINSTATING STAY AND CURING ARREARS
_____

It is further **ORDERED, ADJUDGED and DECREED** that the automatic stay as to the subject property is hereby reinstated.