

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
The Bank Of New York Mellon FKA The Bank Of
New York, As Indenture Trustee For The Holders of
GSC Capital Corp. Mortgage Trust 2006-1,
Mortgage-Backed Notes, Series 2006

**Order Filed on August 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: __18-10036 CMG__

Chapter: 13

In Re:

    Jennifer M. Gerow-Cardone,

Debtor.

Judge: __Christine M. Gravelle__

## ORDER REINSTATING STAY AND CURING ARREARS

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: August 8, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case 18-10036-CMG    Doc 28    Filed 08/10/18    Entered 08/11/18 00:37:03    Desc Imaged
Certificate of Notice    Page 2 of 4


**(Page 2)**
Debtors:   Jennifer M. Gerow-Cordone
Case No:  18-10036 CMG
Caption of Order:  ORDER REINSTATING STAY AND CURING ARREARS

---

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, The Bank Of New York Mellon FKA The Bank Of New York, As Indenture Trustee For The Holders of GSC Capital Corp. Mortgage Trust 2006-1, Mortgage-Backed Notes, Series 2006-1, upon an order to reinstate the automatic stay property located at 923 Robin Road, Hillsborogh, NJ, 08844 and it appearing that notice of said order was properly served upon all parties concerned, and this Court having considered the representations of  attorneys for Secured Creditor and James V. Loewen, Esquire, attorney for Debtor, and for good cause having  been shown

It is hereby **ORDERED, ADJUDGED** and **DECREED** that as of July 26, 2018, Debtor is in arrears outside of the Chapter 13 plan to Secured Creditor for payments due February 2018 through July 2018 for a total post-petition default of $10,771.78 ( 6 @ $1,785.86 and $56.62 for foreclosure fees and costs; and

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the total default of $10,771.78 is to be paid by August 15, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to  resume August 1, 2018 directly to Secured Creditor, PNC Bank, N.A., ATTN: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 (Note: the amount of the monthly mortgage payment is subject to change  according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED** and **DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application,  supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at   the time of submission to the Court; and

**(Page 3)**
Debtors:   Jennifer M. Gerow-Cordone
Case No:  18-10036 CMG
Caption of Order:  ORDER REINSTATING STAY AND CURING ARREARS
_____

It is further **ORDERED, ADJUDGED and DECREED** that the automatic stay as to the subject property is hereby reinstated.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-10036-CMG
Jennifer M Gerow-Cordone                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Aug 08, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
db              +Jennifer M Gerow-Cordone,    923 Robin Road,    Hillsborough, NJ 08844-4444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York,
           As Indenture Trustee For The Holders of GSC Capital Corp. Mortgage Trust 2006-1, Mortgage-Backed
           Notes, Series 2006-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          James V. Loewen    on behalf of Debtor Jennifer M Gerow-Cordone loewen@newjerseylawyer.org
          Marlena S. Diaz-Cobo    on behalf of Creditor    Robin Road Village Condominium Association, Inc.
           collections@theassociationlawyers.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York,
           As Indenture Trustee For The Holders of GSC Capital Corp. Mortgage Trust 2006-1, Mortgage-Backed
           Notes, Series 2006-1 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 6