Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−10036−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer M Gerow−Cordone
   923 Robin Road
   Hillsborough, NJ 08844

Social Security No.:
   xxx−xx−7904

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/3/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 3, 2019
JAN: dmi

                                                                Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-10036-CMG
Jennifer M Gerow-Cordone                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: May 03, 2019
                              Form ID: 148             Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
db             +Jennifer M Gerow-Cordone,    923 Robin Road,    Hillsborough, NJ 08844-4444
cr             +Robin Road Village Condominium Association, Inc.,    c/o McGovern Legal Services, LLC,
                 850 Carolier Lane,   North Brunswick, NJ 08902-3312
517258361      #+Buckley Madole, PC,    99 Wood Avenue, Suite 803,    Iselin, NJ 08830-2713
517258362      +Capital One,    Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,    PO Box 1269,
                 Mount Laurel, NJ 08054-7269
517382022      +PNC BANK,    PO BOX 94982,    CLEVELAND OH 44101-4982
517258363       PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
517258364      +PNC Bank,    PO Box 5343,    Cleveland, OH 44101-0343
517377467      +PNC Bank, N.A.,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
517280148       Robin Road Village Condo. Assoc.,    McGovern Legal Services, LLC,    PO Box 1111,
                 New Brunswick, NJ 08903-1111
517344234      +Robin Road Village Condo. Assoc., Inc.,    McGovern Legal Services, LLC,    850 Carolier Ln.,
                 North Brunswick, NJ 08902-3312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 04 2019 00:29:22      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2019 00:29:13      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517326530       EDI: CAPITALONE.COM May 04 2019 03:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517336898       EDI: BL-BECKET.COM May 04 2019 03:58:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517258365       EDI: PRA.COM May 04 2019 03:58:00      Portfolio Recovery Associates, LLC,
                 140 Corporate Boulevard,    Norfolk, VA 23502
517354454       EDI: PRA.COM May 04 2019 03:58:00      Portfolio Recovery Associates, LLC,    c/o Toysrus,
                 POB 41067,   Norfolk VA 23541
517260157      +EDI: RMSC.COM May 04 2019 03:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York,
               As Indenture Trustee For The Holders of GSC Capital Corp. Mortgage Trust 2006-1, Mortgage-Backed
               Notes, Series 2006-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              James V. Loewen    on behalf of Debtor Jennifer M Gerow-Cordone loewen@newjerseylawyer.org
              Marlena S. Diaz-Cobo    on behalf of Creditor   Robin Road Village Condominium Association, Inc.
               collections@theassociationlawyers.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 03, 2019
                              Form ID: 148             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Rebecca Ann Solarz    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York, As Indenture Trustee For The Holders of GSC Capital Corp. Mortgage Trust 2006-1, Mortgage-Backed Notes, Series 2006-1 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                       TOTAL: 7