Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                                    Case No.: 18−10036−CMG  
                                    Chapter: 13  
                                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Jennifer M Gerow−Cordone  
   923 Robin Road  
   Hillsborough, NJ 08844

Social Security No.:  
   xxx−xx−7904

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 1, 2019</u>                    <u>Christine M. Gravelle</u>  
                                        Judge, United States Bankruptcy Court